# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:19-CV-00019-HG-KJM |
| CASE NAME: | Trustees of the Hawaii Laborers' Trust Funds, et al v. Paradise Landscape Maintenance, Inc. |
| ATTORNEY FOR PLAINTIFF: | Ashley K. Ikeda, Esquire |
| DEBTOR: | Sheena Baguio-Lameg |

JUDGE:   Kenneth J. Mansfield   REPORTER:   C6 - FTR

DATE:   05/23/2022           TIME:       9:00 - 9:06

COURT ACTION: EP:  SHOW CAUSE HEARING AS TO DEFENDANT PARADISE LANDSCAPE MAINTENANCE INC., by and through JUANITO B. LAMEG AND SHEENA BAGUIO-LAMEG held.

Sheena Baguio-Lameg is present on behalf of Defendant Paradise Landscape Maintenance Inc. No appearance made by Juanito B. Lameg. At this time, Mr. Ikeda waives sanction to be imposed on Juanito B. Lameg.

Sheena Baguio-Lameg request for more time to allow sufficient time for her to manually access documents due to not being able to obtain access the server. Deadline for Juanito B. Lameg and Sheena Baguio-Lameg to produce all documents to Mr. Ikeda is set for June 13, 2022.

Further Show Cause Hearing as to Defendant Paradise Landscape Maintenance Inc., by and Through Juanito B. Lameg and Sheena Baguio-lameg is set for June 21, 2022 at 9:00 a.m. before Magistrate Judge Kenneth K. Mansfield in Courtroom 6.

*Submitted by: Bernie Aurio, Courtroom Manager*