# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:19-CV-00019-HG-KJM |
| CASE NAME: | Trustees of the Hawaii Laborers' Trust Funds, et al v. Paradise Landscape Maintenance, Inc. |
| ATTORNEY FOR PLAINTIFF: | Ashley K. Ikeda, Esquire |
| DEBTOR: | No Appearance |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | C6 - FTR |
| DATE: | 06/21/2022 | TIME: | 9:04 - 9:12 |

COURT ACTION: EP: FURTHER SHOW CAUSE HEARING AS TO DEFENDANT PARADISE LANDSCAPE MAINTENANCE INC., by and through JUANITO B. LAMEG AND SHEENA BAGUIO-LAMEG held.

No appearance made by Defendant Paradise Landscape Maintenance Inc. by and through Juanito B. Lameg and Sheena Baguio-Lameg.

Mr. Ikeda updates the Court and provided documentation on notes and deadlines provided to Ms. Baguio-Lameg.

Mr. Ikeda request to attempt one last time to work with Ms. Bazuio-Lameg to obtain documents.

==Further Show Cause Hearing as to Defendant Paradise Landscape Maintenance Inc., by and Through Juanito B. Lameg and Sheena Baguio-lameg is set for August 3, 2022 at 9:30 a.m. before Magistrate Judge Kenneth K. Mansfield in Courtroom 6.==

*Submitted by: Bernie Aurio, Courtroom Manager*